IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 1:96-CR-297** |
| | **:** | **Civ. No. 1:16-CV-1289** |
| **v.** | **:** | |
| | **:** | |
| **FRANKIE THOMAS** | **:** | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, upon consideration of Defendant Frankie Thomas's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 and his related supplemental motion, (Docs. 168, 178), **IT IS HEREBY ORDERED THAT**:

1. Defendant's motions are **DENIED** for the reasons set forth in the Court's accompanying memorandum;

2. There is no basis for the issuance of a certificate of appealability; and

3. The Clerk of Court is directed to close civil case number 1:16-CV-1289.

**SO ORDERED.**

>      */s/ Sylvia H. Rambo*
>      SYLVIA H. RAMBO
>      United States District Judge

Dated: November 18, 2020